■ In the Matter of BAMBI C. and Another, Children Alleged to be Neglected. SHIRLEY C., Appellant; OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [661 NYS2d 551] —Appeal unanimously dismissed without costs. Memorandum: This appeal must be dismissed. Respondent admitted that she violated the conditions of a prior dispositional order and consented to a finding of neglect and entry of a dispositional order continuing the prior order. No appeal lies from an order

entered upon the parties' consent (*see, Matter of Michael CC.,* 216 AD2d 740; *Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). Respondent's remedy is to move to vacate the finding of neglect (*see,* Family Ct Act § 1051 [f]; *Matter of Farquhar v Pitt,* 192 AD2d 806). (Appeal from Order of Oswego County Family Court, Roman, J.—Neglect.) Present—Denman, P. J., Green, Lawton, Balio and Fallon, JJ.